UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD R. KUPSCH, | ) | No. CV 12-3444 RGK (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| G.D. LEWIS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 11, 2013

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge